UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                            Case No. 8:11-cr-83-T-26EAJ

MATTHEW LANDSMAN
_____/

## FORFEITURE MONEY JUDGMENT

**THIS CAUSE** comes before the Court upon the filing of the United States' Motion for a forfeiture money judgment in the amount of $324,000.00, which, upon entry, shall become a final order of forfeiture as to defendant Matthew Landsman.

Being fully advised in the premises, the Court hereby finds that the United States has established that the defendant obtained at least $324,000.00 in proceeds from the conspiracy to commit mail and wire fraud, for which the defendant pled guilty, in violation of 18 U.S.C. § 371.

**ACCORDINGLY**, it is hereby **ORDERED, ADJUDGED, AND DECREED** that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), defendant

Matthew Landsman is liable for a forfeiture money judgment in the amount of $324,000.00.  The defendant shall be held jointly and severally liable with his co-conspirator in *U.S. v. Chadwick*, Case No. 8:10-cr-227-T-17TGW, as well as any other subsequently convicted co-conspirator.

The Court retains jurisdiction to enter any further order necessary for the forfeiture and disposition of any of the defendant's property that the United States is entitled to seek as a substitute asset to satisfy the money judgment, and to entertain any third party claim that may be asserted in these proceedings.

**DONE and ORDERED** in Chambers at Tampa, Florida, on May 6, 2011.

  s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**Copies to**</u>:
Anita M. Cream, AUSA
Counsel of Record